People of the State of Illinois, on the Relation of John J. Kelly, County Treasurer and Ex-Officio County Collector of DuPage County, Illinois, on Application for Order of Judgment Sale, Appellee, v. Avery Coonley School, Appellant.

Gen. No. 11,015.

Second District.

March 12, 1957.

Released for publication March 29, 1957.

Hooper & Bunge, for appellant; William L. Guild, State's Attorney, for appellee. Opinion by JUSTICE CROW. Not to be published in full.